IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUSTIN RAY JONES                                                                                    PLAINTIFF

    v.                                    CASE NO. 2:21-CV-2206

SHERIFF HOBERT RUNION,
DEPUTY SHERIFF CORPORAL BRYANT,
DEPUTY SHERIFF OFFICER DAVIS, and
DEPUTY SHERIFF OFFICER BALL                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 31) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with Rule 41(b) of the Federal Rules of Civil Procedure and the Court's Local Rule 5.5(c)(2) and Orders. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this January 3, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE